# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Petroshale (US), Inc., | ) |
|       Plaintiff, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) |
| | ) |
| Continental Resources, Inc., | ) |
| | ) Case No. 1-17-cv-217 |
|       Defendants. | ) |

Before the court is a motion for attorney Jennifer L. Bradfute to appear *pro hac vice* on the Defendant's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Bradfute has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Bradfute has also paid the required admission fees to the office of the Clerk. Accordingly, the current motion (Docket No. 12) is **GRANTED**. Attorney Bradfute is admitted to practice before this court in the above-entitled action on behalf of the Defendant.

**IT IS SO ORDERED.**

Dated this 3rd day of November, 2017.

                                                  */s/ Charles S. Miller, Jr.*
                                                  Charles S. Miller, Jr.
                                                  United States Magistrate Judge